IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>KORINA FREEMONT,<br><br>Defendant. | 8:17CR208<br><br>ORDER |

This matter is before the court on the defendant's motion for a 60-day extension of time in which to file pretrial motions [30]. The Court notes that the aforementioned Motion to Continue was filed out of time, and that Pretrial Motions were due on July 18, 2017. However, for good cause shown, I find that the motion should be granted in part. Upon review of the file, the court finds that a 30-day extension should be granted to coincide with the extension of time given to co-defendant, Nathan Jandreau.

**IT IS ORDERED** that the MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL DEADLINE [30] is granted, in part, as follows:

1. The deadline for filing pretrial motions is extended to August 18, 2017.

2. Defendant is ordered to file the affidavit required by as required by NECrimR 12.3(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between July 18, 2017 and August 18, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Dated this 25th day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge