IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR208 |
| v. | |
| KORINA FREEMONT, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 152). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 132) without prejudice as to defendant Korina Freemont. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 152) is granted.

2. The Petition for Offender Under Supervision (Filing No. 132) is hereby dismissed without prejudice.

3. The Final Violation of Supervised Release hearing currently set for June 25, 2025 at 10:30 a.m. is cancelled.

Dated this 24th day of June 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge